In the Matter of the Application of CHARLES H. JONES et al., as Executors of MARY E. JONES, Deceased, Respondents, for Payment of an Award Made

in a Proceeding to Acquire Title to Sunken Meadow Island in the Borough of Manhattan, City of New York. HERBERT A. KNEELAND, as Ancillary Executor of FLORENCE D. KITCHENER, Deceased, et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.